AO 450 (Rev. 01/09)     Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

JUPITER ALUMINUM CORPORATION
                    Plainitff(s)
                    v.                                    **Civil Action No.**        2:16CV30

PHILIP J SABAITIS
LOREN D JAHN
SCRAP METAL SERVICES, LLC
MICHAEL L THOMPSON
GMI SERVICES LLC d/b/a
GMI Recycling Services Inc
GARY S LONGORIA
                    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____
the amount of _____ dollars $_____, which includes prejudgment
interest at the rate of _____ % plus post-judgment interest at the rate of _____
% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other:   this case is DISMISSED WITH PREJUDICE. _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury
has rendered a verdict.

☐ tried by Judge _____ without a jury and the
above decision was reached.

**X** decided by Judge Robert L. Miller, Jr.

DATE:    10/14/2016                          ROBERT TRGOVICH, CLERK OF COURT

                                             by    s/T. Castillo_____
                                                   *Signature of Clerk or Deputy Clerk*